1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   ROSS PEARSON
3  DAVID SPENCER
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6

7  DAVID L. JAFFE
   Chief, Organized Crime and Gang Section
8  Department of Justice
   HANS B. MILLER
9  Trial Attorney, Organized Crime and Gang Section
   Department of Justice
10
   Attorneys for Plaintiff
11 United States of America

12

13

14

15

16

17

18                    **INDICTMENT**

19

20

21

22

23

24

25

26

27

28

**FILED**

JUN 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RONALD YANDELL,<br>     also known as "Renegade,"<br>DANIEL "Danny" TROXELL,<br>WILLIAM "Billy" SYLVESTER,<br>     also known as "Billy from Norco,"<br>TRAVIS BURHOP,<br>BRANT DANIEL,<br>     also known as "Two Scoops,"<br>DONALD MAZZA,<br>     also known as "Popeye,"<br>PAT BRADY,<br>     also known as "Big Pat,"<br>JASON "Jake" CORBETT,<br>MATTHEW HALL,<br>     also known as "Psycho," or "Cyco,"<br>SAMUEL KEETON,<br>MICHAEL TORRES,<br>     also known as "Mosca,"<br>JEANNA QUESENBERRY,<br>KEVIN MacNAMARA,<br>KRISTEN DEMAR,<br>JUSTIN PETTY,<br>     also known as "Rune," and<br>KATHLEEN NOLAN,<br><br>                    Defendants. | CASE NO: 2:19-CR-0107 KJM<br><br>VIOLATIONS:  18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeer Influenced Corrupt Organization; 18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder (5 counts); 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin (5 counts); 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (1 count); 18 U.S.C. § 1963(a)(1), (a)(2), (a)(3), and 21 U.S.C. § 853(a) – Criminal Forfeiture |

I N D I C T M E N T

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

The Racketeering Enterprise:  The Aryan Brotherhood

1.      The Aryan Brotherhood is a criminal organization whose members and associates engaged in, among other things, drug trafficking, theft, and acts of violence, including murder, attempted murder, and assault.

2.      The Aryan Brotherhood, including its leaders, members, and associates, constituted an "enterprise," as defined in Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.  The Aryan Brotherhood operated throughout Missouri, South Dakota, Nevada, California, and elsewhere.  Some of the Aryan Brotherhood's operations in California took place in, and were overseen within, the State and Eastern District of California.

Formation

3. .    The Aryan Brotherhood is an all-male, race-based gang formed in the California prison system.  White inmates who wanted to gain power and authority in prison founded the enterprise in the 1960's.

Membership

4.      Aryan Brotherhood members are recruited from the prison population.  For new members, the Aryan Brotherhood has a general policy of "blood in, blood out:" Potential members must commit a murder to gain full membership and can only leave when they die.  However, exceptions have been made for new recruits who have shown a willingness to kill.

5.      To be considered for Aryan Brotherhood membership, an inmate must be sponsored by two members: a primary and a secondary sponsor.  Generally, the inmate must also serve a probationary term, during which his conduct is observed by Aryan Brotherhood members.  If his conduct is satisfactory, the inmate is admitted to the Aryan Brotherhood.  Once accepted, an Aryan Brotherhood

3

1  member is required to commit any criminal act that the enterprise asks of him.  An Aryan Brotherhood

2  member pledges his life to the enterprise.

Command Structure

4      6.      The Aryan Brotherhood is governed by a three-man commission with authority over the

5  entire enterprise.  The primary purpose of the commission is to resolve disputes among Aryan

6  Brotherhood members and, when necessary, to approve the murder or assault of an Aryan Brotherhood

7  member.  In theory, the murder or assault of an Aryan Brotherhood member in California may be

8  executed only if the commission authorizes it.  Murder of a non-Aryan Brotherhood member does not

9  require commission approval.

Codes of Conduct

11      7.      The Aryan Brotherhood does not have a formal code of conduct.  Instead, unwritten rules

12  of conduct govern the behavior of its members.  Most recently, three primary rules govern the behavior

13  of Aryan Brotherhood members.  They are: (1) Do not cooperate with law enforcement; (2) Keep your

14  word; and (3) Never be a coward.

15      8.      Members who do not fulfill their obligations to the Aryan Brotherhood are subject to

16  retaliation, including assault or murder.  Aryan Brotherhood members are prohibited from engaging in

17  certain conduct, including child molestation, homosexuality, and accruing drug debts to inmates of

18  another race while in prison.

19      9.      In addition to its members, the Aryan Brotherhood also has associates.  These people,

20  while not members, are closely affiliated with the Aryan Brotherhood.  Associates are required to follow

21  the orders of Aryan Brotherhood members.  Associates who do not fulfill their obligations to the Aryan

22  Brotherhood are subject to retaliation, including physical assault or murder.

23      10.     The Aryan Brotherhood enforces its rules of conduct and promotes discipline among the

24  enterprise by murdering, attempting to murder, conspiring to murder, assaulting, extorting, and

25  threatening those who either violate the rules or pose a threat to the enterprise.  The Aryan Brotherhood

26  also uses murder, the threat of murder, and assault to preserve, protect, and expand its position of power

27  within the California prison system.  Prison stabbings committed by Aryan Brotherhood members are

28  executed in a bloody and brutal manner so that it leaves a lasting impression on other inmates.  White

4

1  inmates are a minority in every California prison.  Therefore, Aryan Brotherhood-ordered prison attacks

2  are often particularly gruesome.  These kinds of attacks are committed in order to deter rivals from

3  confronting the Aryan Brotherhood's members and associates.  The Aryan Brotherhood acts of violence

4  often serve to warn other would-be attackers that they risk severe retaliation.

5      11.    Inmates and others who do not follow the orders of the Aryan Brotherhood are subject to

6  retaliation, including physical assault or murder, as is anyone who uses violence against an Aryan

7  Brotherhood member.  Inmates who cooperate with law enforcement authorities are "put in the hat" - that

8  is, marked for death.

9                      Purposes of the Enterprise

10     12.    The purposes of the Aryan Brotherhood include, but are not limited to, the following:

11         a.    Controlling illegal activities - such as narcotics trafficking, gambling, and

12  extortion - within the California prison system for the purpose of generating money for Aryan

13  Brotherhood members.

14         b.    Enriching the leaders, members, and associates of the Aryan Brotherhood through,

15  among other things, illegal trafficking of controlled substances, often in interstate and foreign commerce.

16         c.    Preserving, protecting, and enhancing the power, territory, reputation, and profits

17  of the Aryan Brotherhood through threats, intimidation, and violence, including - but not limited to -

18  murder, assault, and obstruction of justice.

19         d.    Using threats and violence to keep victims in fear of the Aryan Brotherhood and in

20  fear of its leaders, members, and associates.

21                Methods and Means used by the Aryan Brotherhood

22     13.    The means and methods by which Aryan Brotherhood leaders, members, and associates

23  conduct and participate in the conduct of the affairs of the criminal enterprise include the following:

24         a.    The leaders and members of the Aryan Brotherhood direct, sanction, approve, and

25  permit other members and associates to carry out acts in furtherance of the enterprise.

26         b.    The leaders, members, and associates of the Aryan Brotherhood commit and

27  conspire to commit acts involving murder, intimidation, and assault against individuals who pose a threat

28  to the enterprise or who jeopardize its operations in order to perpetuate the enterprise and to maintain and

1  extend its power. The targets of these acts include, but are not limited to, members of rival organizations,
2  Aryan Brotherhood members, and witnesses to the enterprise's illegal activities.

3          c.      The leaders, members, and associates of the Aryan Brotherhood—under the
4  protection of the enterprise—engage in illegal activities, including narcotics trafficking, weapons theft,
5  and smuggling contraband into prisons in order to generate income.

6                                         Symbols

7          14.     Aryan Brotherhood members and associates use various symbols to signal their
8  participation in the enterprise. The symbols can appear in tattoos, drawings, and writings. The shamrock
9  is the most prominent symbol used to signify membership in the Aryan Brotherhood. If an incarcerated
10  inmate who is not a member of the enterprise has a shamrock tattoo, members of the Aryan Brotherhood
11  will require that inmate to remove or cover up the tattoo. Additional symbols demonstrating membership
12  in the Aryan Brotherhood include Nazi symbols, the letters "AB," the Roman numerals "I" and "II"
13  (representing the first two letters of the alphabet), the numbers "666," the number "88" (representing the
14  phrase "Heil Hitler" because "H" is the eighth letter in the alphabet), and the number "14" (referring to a
15  14-word mission statement for white supremacists).

16                                     The Defendants

17          15.     Leaders, members, and associates of the Aryan Brotherhood have defined roles in the
18  enterprise.

19          16.     RONALD YANDELL, also known as "Renegade," is an Aryan Brotherhood member and
20  has been since in or about 2004. He holds one of three leadership positions on the Aryan Brotherhood's
21  commission. As a member of the three-man commission, YANDELL has significant authority over the
22  enterprise, including resolving disputes among Aryan Brotherhood members and, when necessary,
23  approving the murder of current or former members of the Aryan Brotherhood.

24          17.     DANIEL "Danny" TROXELL, is an Aryan Brotherhood member and has been since in or
25  about 1989. He holds one of three leadership positions on the Aryan Brotherhood's commission. As a
26  member of the three-man commission, TROXELL has significant authority over the enterprise, including
27  resolving disputes among Aryan Brotherhood members and, when necessary, approving the murder of
28  current or former members of the Aryan Brotherhood.

6

18.    WILLIAM "Billy" SYLVESTER, also known as "Billy from Norco," was an Aryan Brotherhood associate and has been an Aryan Brotherhood member since in or about 2018.

19.    TRAVIS BURHOP was an Aryan Brotherhood associate and has been an Aryan Brotherhood member since in or about 2018.

20.    BRANT DANIEL, also known as "Two Scoops," was an Aryan Brotherhood associate and has been an Aryan Brotherhood member since in or about 2013.

21.    DONALD MAZZA, also known as "Popeye," is an Aryan Brotherhood member and has been since in or about 2009.

22.    PAT BRADY, also known as "Big Pat," is an Aryan Brotherhood member and has been since in or about 2010.

23.    JASON "Jake" CORBETT, was an Aryan Brotherhood associate and has been an Aryan Brotherhood member since in or about 2018.

24.    MATTHEW HALL, also known as "Psycho," or "Cyco," was an Aryan Brotherhood associate and has been an Aryan Brotherhood member since in or about 2018.

25.    SAMUEL KEETON is an Aryan Brotherhood associate.

26.    JEANNA QUESENBERRY is an Aryan Brotherhood associate.

27.    KEVIN MacNAMARA is an Aryan Brotherhood associate.

28.    KRISTEN DEMAR is an Aryan Brotherhood associate.

29.    JUSTIN PETTY, also known as "Rune," is an Aryan Brotherhood associate.

<u>COUNT ONE:</u> [18 U.S.C. § 1962(d) - Conspiracy to Participate in a Racketeering Enterprise]

The Grand Jury further charges:

<u>The Racketeering Conspiracy</u>

30.    The allegations contained in paragraphs 1 through 29 of this Indictment are re-alleged and incorporated herein.

31.    Beginning at a date unknown to the Grand Jury, but no later than in or around October 2011, and continuing to in or around June 2019, in the State and Eastern District of California, and elsewhere, the defendants,

///

RONALD YANDELL,
DANIEL "Danny" TROXELL,
WILLIAM "Billy" SYLVESTER,
TRAVIS BURHOP,
BRANT DANIEL,
DONALD MAZZA,
PAT BRADY,
JASON "Jake" CORBETT,
MATTHEW HALL,
SAMUEL KEETON,
JEANNA QUESENBERRY,
KEVIN MacNAMARA,
KRISTEN DEMAR,
JUSTIN PETTY, and
KATHLEEN NOLAN,

and others known and unknown to the Grand Jury, each being a person employed by and associated with the Aryan Brotherhood, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly and intentionally conspire and agree to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Aryan Brotherhood through a pattern of racketeering activity, which is defined in Title 18, United States Code, Sections 1961(1) and (5), which pattern of racketeering activity consisted of:

a.      multiple acts involving murder, in violation of California Penal Code §§ 187, 189, 182, 21a, 31, 664 and 653f;

b.      multiple acts involving bribery, in violation of California Penal Code § 641.3 and punishable by incarceration for more than one year;

c.      multiple offenses involving drug trafficking, in violation of 21 U.S.C. §§ 841, 843 and 846;

d.      multiple acts indictable under 18 U.S.C. § 1952 (relating to racketeering); and

e.      multiple acts indictable under 18 U.S.C. § 2312 (relating to interstate transportation of stolen motor vehicles).

32.      It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

///

///

8

Notice of Special Sentencing Factors

Number 1:  Murder of Ronald Richardson

33.    On or about October 7, 2011, in the Eastern District of California, the defendant,

WILLIAM "Billy" SYLVESTER,

did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill Ronald

Richardson, with malice aforethought, in violation of California Penal Code, Sections 187 and 189.

Number 2:  Murder of Hugo Pinell

34.    On or about August 12, 2015, in the Eastern District of California, the defendant,

RONALD YANDELL,

and others did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill Hugo

Pinell, with malice aforethought, in violation of California Penal Code, Sections 187, 189, and 31.

Number 3:  Conspiracy to distribute and possess with intent to distribute methamphetamine and heroin

35.    Beginning on a date unknown to the Grand Jury, but no later than in or around January

2016 and continuing through at least in or around December 2016, in the State and Eastern District of

California, and elsewhere, defendants,

RONALD YANDELL,
WILLIAM "Billy" SYLVESTER,
TRAVIS BURHOP,
MATTHEW HALL,
SAMUEL KEETON,
JEANNA QUESENBERRY, and
KATHLEEN NOLAN,

did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and

intentionally distribute and possess with intent to distribute at least 50 grams of methamphetamine

(actual), a Schedule II Controlled Substance, and at least 1,000 grams of a mixture and substance

containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21,

United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

///

///

///

///

1  Number 4:  Conspiracy to murder Kenneth Johnson

2      36.    Beginning on a date unknown to the Grand Jury, but no later than on or about August 11,

3  2016, and continuing until at least on or about October 1, 2016, within the Eastern District of California,

4  and elsewhere, defendant,

                              RONALD YANDELL,

5

6  did unlawfully, willfully, and intentionally conspire with others to kill Aryan Brotherhood member

7  Kenneth Johnson, with deliberation, premeditation and malice aforethought, and a conspirator engaged in

8  telephone calls to discuss and plan the killing of Kenneth Johnson, in furtherance of the conspiracy, all in

9  violation of California Penal Code Sections 182 and 187.

10  Number 5:  Conspiracy to murder James Mickey

11      37.    Beginning on a date unknown to the Grand Jury, but no later than on or about August 20,

12  2016, and continuing until at least on or about August 21, 2016, within the Eastern District of California,

13  and elsewhere, defendants,

14                          RONALD YANDELL,
                      DANIEL "Danny" TROXELL, and
15                          TRAVIS BURHOP,

16  did unlawfully, willfully, and intentionally conspire with each other and others to kill Aryan Brotherhood

17  member James Mickey, with deliberation, premeditation and malice aforethought, and a conspirator gave

18  specific instructions on how to kill James Mickey, in furtherance of the conspiracy, all in violation of

19  California Penal Code Sections 182 and 187.

20  Number 6:  Conspiracy to murder Paul Diaz

21      38.    Beginning on a date unknown to the Grand Jury, but no later than on or about August 20,

22  2016, and continuing until at least on or about August 21, 2016, within the Eastern District of California,

23  and elsewhere, defendants,

24                          RONALD YANDELL, and
                          JASON "Jake" CORBETT,
25

26  did unlawfully, willfully, and intentionally conspire with each other and others to kill Aryan Brotherhood

27  associate Paul Diaz, with deliberation, premeditation and malice aforethought, and a conspirator relayed

28  the order to kill Paul Diaz, in furtherance of the conspiracy, all in violation of California Penal Code

1  Sections 182 and 187.

2  Number 7:  Conspiracy to murder Michael Trippe

3      39.  Beginning on a date unknown to the Grand Jury, but no later than on or about August 29,

4  2016, and continuing through at least on or about October 9, 2016, within the Eastern District of

5  California, and elsewhere, defendants,

6  
7  RONALD YANDELL,<br>DONALD MAZZA, and<br>MATTHEW HALL,

8  did unlawfully, willfully, and intentionally conspire with each other and others to kill Aryan Brotherhood

9  member Michael Trippe, with deliberation, premeditation and malice aforethought, and a conspirator

10  convened a meeting to plan the murder of Michael Trippe, in furtherance of the conspiracy, all in

11  violation of California Penal Code Sections 182 and 187.

12  Number 8:  Conspiracy to murder Doug Maynard

13      40.  Beginning on a date unknown to the Grand Jury, but no later than on or about June 1,

14  2016, and continuing through at least on or about October 15, 2016, within the Eastern District of

15  California, and elsewhere, the defendant,

16  RONALD YANDELL, also known as "Renegade,"

17  did unlawfully, willfully, and intentionally conspire with others to kill Doug Maynard, with deliberation,

18  premeditation and malice aforethought, and a conspirator stabbed Doug Maynard, in furtherance of the

19  conspiracy, all in violation of California Penal Code Sections 182 and 187.

20  Number 9:  Murder of Doug Maynard

21      41.  On or about October 15, 2016, in the Eastern District of California, the defendant,

22  JASON "Jake" CORBETT,

23  and others did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill Doug

24  Maynard, with malice aforethought, in violation of California Penal Code, Sections 187, 189, and 31.

25  ///

26  ///

27  ///

28  ///

11

Number 10:  Murder of Zachary Scott

42.     On or about October 29, 2016, in the Northern District of California, the defendant,

BRANT DANIEL,

and others did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill

Zachary Scott, with malice aforethought, in violation of California Penal Code, Sections 187, 189, and

31.

Number 11:  Murder of Donald Pequeen

43.     On or about July 20, 2018, in the Eastern District of California, the defendants,

JASON "Jake" CORBETT, and
PAT BRADY,

did unlawfully, willfully, and intentionally, and with deliberation and premeditation, kill Donald

Pequeen, with malice aforethought, in violation of California Penal Code, Sections 187, 189, and 31.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT TWO:  [18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering]

The Grand Jury further charges:

44.     The allegations contained in paragraphs 1 and 29 of this Indictment are re-alleged and

incorporated here.

45.     At all relevant times, the Aryan Brotherhood including its leaders, members, and

associates, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that

is, a group of individuals associated in fact that was engaged in, and the activities of which affected,

interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members

functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

46.     At all relevant times, the Aryan Brotherhood, the above-described enterprise, through its

leaders, members, and associates, engaged in racketeering activity, as defined in Title 18, United States

Code, Sections 1959(b)(l) and 1961(1), namely,

      a.     multiple acts involving murder in violation of California Penal Code §§ 187, 182,

189, 21a, 31, 664, and 653f; and

///

b.     multiple offenses involving drug trafficking in violation of 21 U.S.C. §§ 841, 843, and 846.

47.     Beginning on a date unknown to the Grand Jury, but no later than on or about August 11, 2016, and continuing through at least on or about October 1, 2016, in the Eastern District of California, and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Aryan Brotherhood, an enterprise engaged in racketeering activity, the defendant,

RONALD YANDELL,

together with others known and unknown to the Grand Jury, did unlawfully, willfully, and intentionally conspire and agree with each other and others to murder Kenneth Johnson in furtherance of the purposes and objectives of the Aryan Brotherhood, in violation of California Penal Code Sections 182, 187, and 189.

All in violation of Title 18, United States Code, Section 1959(a)(5).

COUNT THREE:  [18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering]

The Grand Jury further charges:

48.     The allegations contained in paragraphs 45 and 46, of this Indictment are re-alleged and incorporated here.

49.     Beginning on a date unknown to the Grand Jury, but no later than on or about August 20, 2016, and continuing through at least on or about August 21, 2016, in the Eastern District of California and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Aryan Brotherhood, an enterprise engaged in racketeering activity, the defendants,

RONALD YANDELL,
DANIEL "Danny" TROXELL, and
TRAVIS BURHOP,

together with others known and unknown to the Grand Jury, did unlawfully, willfully, and intentionally conspire and agree with each other and others to murder James Mickey in furtherance of the purposes and objectives of the Aryan Brotherhood, in violation of California Penal Code Sections 182, 187 and 189.

All in violation of Title 18, United States Code, Section 1959(a)(5).

///
///

1    COUNT FOUR:  [18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering]

2         The Grand Jury further charges:

3         50.    The allegations contained in paragraphs ~~45 and~~ 46 of this Indictment are re-alleged and

4    incorporated here.

5         51.    Beginning on a date unknown to the Grand Jury, but no later than on or about August 21,

6    2016, and continuing through at least on or about August 22, 2016, in the Eastern District of California,

7    and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the

8    Aryan Brotherhood, an enterprise engaged in racketeering activity, the defendants,

9                           RONALD YANDELL, and
                            JASON "Jake" CORBETT,
10

11   together with others known and unknown to the Grand Jury, did unlawfully, willfully, and intentionally

12   conspire and agree with each other and others to murder Paul Diaz in furtherance of the purposes and

13   objectives of the Aryan Brotherhood, in violation of California Penal Code Sections 182, 187 and 189.

14        All in violation of Title 18, United States Code, Section 1959(a)(5).

15   COUNT FIVE:  [18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering]

16        The Grand Jury further charges:

17        52.    The allegations contained in paragraphs ~~45 and~~ 46 of this Indictment are re-alleged and

18   incorporated here.

19        53.    Beginning on a date unknown to the Grand Jury, but no later than on or about August 19,

20   2016, and continuing through at least on or about October 1, 2016, in the Eastern District of California,

21   and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the

22   Aryan Brotherhood, an enterprise engaged in racketeering activity, the defendants,

23                          RONALD YANDELL,
                            DONALD MAZZA, and
24                          MATTHEW HALL,

25   together with others known and unknown to the Grand Jury, did unlawfully, willfully, and intentionally

26   conspire and agree with each other and others to murder Michael Trippe in furtherance of the purposes

27   and objectives of the Aryan Brotherhood, in violation of California Penal Code Sections 182, 187 and

28   189.

14

1        All in violation of Title 18, United States Code, Section 1959(a)(5).

2    COUNT SIX:  [18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering]

3        The Grand Jury further charges:

4        54.    The allegations contained in paragraphs ~~45 and~~ 46 of this Indictment are re-alleged and

5    incorporated here.

6        55.    Beginning on a date unknown to the Grand Jury, but no later than on or about June 1,

7    2016, and continuing through at least on or about October 15, 2016, in the Eastern District of California,

8    and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the

9    Aryan Brotherhood, an enterprise engaged in racketeering activity, the defendant,

10                          RONALD YANDELL,

11   together with others known and unknown to the Grand Jury, did unlawfully, willfully, and intentionally

12   conspire and agree with each other and others to murder Doug Maynard in furtherance of the purposes

13   and objectives of the Aryan Brotherhood, in violation of California Penal Code Sections 182, 187 and

14   189.

15       All in violation of Title 18, United States Code, Section 1959(a)(5).

16   COUNT SEVEN:  [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy  to Distribute and Possess with Intent to
                      Distribute Methamphetamine and Heroin]

17

18       The Grand Jury further charges:

19                          RONALD YANDELL,
                     WILLIAM "Billy" SYLVESTER,
20                        TRAVIS BURHOP,
                          MATTHEW HALL,
21                        MICHAEL TORRES,
                     JEANNA QUESENBERRY,
22                        SAMUEL KEETON,
                         KATHLEEN NOLAN,
23                     KEVIN MacNAMARA, and
                          KRISTEN DEMAR,

24

25   defendants herein, as follows:

26       56.    Beginning at a date unknown to the Grand Jury, but no later than on or about January 1,

27   2016, and continuing through at least on or about December 22, 2016, in the State and Eastern District of

28   California, and elsewhere, the defendants did conspire and agree with each other, and with persons

                                          15

1   known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent

2   to distribute at least 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, and at

3   least 1,000 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I

4   Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

5   COUNT EIGHT:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

6        The Grand Jury further charges:

RONALD YANDELL,
TRAVIS BURHOP,
SAMUEL KEETON, and
JEANNA QUESENBERRY,

10  defendants herein, as follows:

11       57.   On or about July 11, 2016, in the State and Eastern District of California, did knowingly

12  and intentionally distribute at least 100 grams of a mixture and substance containing a detectable amount

13  of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section

14  841(a)(1), and Title 18, United States Code, Section 2.

15  COUNT NINE:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

16       The Grand Jury further charges:

RONALD YANDELL,
TRAVIS BURHOP,
MATTHEW HALL, and
JEANNA QUESENBERRY,

20  defendants herein, as follows:

21       58.   On or about July 24, 2016, in the State and Eastern District of California, the defendants

22  did knowingly and intentionally distribute at least 100 grams of a mixture and substance containing a

23  detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States

24  Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

25  ///

26  ///

27  ///

28  ///

COUNT TEN:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

      The Grand Jury further charges:

RONALD YANDELL,
WILLIAM "Billy" SYLVESTER,
SAMUEL KEETON,
JEANNA QUESENBERRY,
KEVIN MacNAMARA, and
KRISTEN DEMAR,

defendants herein, as follows:

      59.    On or about August 11, 2016, in the State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT ELEVEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

      The Grand Jury further charges:

RONALD YANDELL,
TRAVIS BURHOP,
SAMUEL KEETON, and
JEANNA QUESENBERRY,

defendants herein, as follows:

      60.    On or about August 12, 2016, in the State and Eastern District of California, did knowingly and intentionally distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT TWELVE:  [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin]

      The Grand Jury further charges:

RONALD YANDELL,
JASON "Jake" CORBETT, and
JUSTIN PETTY,

defendants herein, as follows:

///

1    61.    Beginning at a date unknown to the Grand Jury, but no later than on or about August 11,

2  2016, and continuing through at least on or about September 6, 2016, in the State and Eastern District of

3  California, and elsewhere, the defendants did conspire and agree with each other, and with other persons

4  known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent

5  to distribute at least 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, and at

6  least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I

7  Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

8  COUNT THIRTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

9       The Grand Jury further charges:

10                          RONALD YANDELL,
                            TRAVIS BURHOP, and
11                          JEANNA QUESENBERRY,

12  defendants herein, as follows:

13    62.    On or about October 18, 2016, at approximately 1:40 p.m., in the State and Eastern

14  District of California, did knowingly and intentionally distribute a mixture and substance containing a

15  detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States

16  Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

17  COUNT FOURTEEN:  [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

18       The Grand Jury further charges:

19
                            RONALD YANDELL,
20                          TRAVIS BURHOP, and
                            JEANNA QUESENBERRY,
21

22  defendants herein, as follows:

23    63.    On or about October 18, 2016, at approximately 3:03 p.m., in the State and Eastern

24  District of California, did knowingly and intentionally distribute a mixture and substance containing a

25  detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States

26  Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

27  ///

28  ///

FORFEITURE ALLEGATION:  [18 U.S.C. § 1963(a)(1), (a)(2), (a)(3), and 21 U.S.C. § 853(a) –
Criminal Forfeiture]

1.      Upon conviction of the offense alleged in Count One of this Indictment, defendants RONALD YANDELL, DANIEL TROXELL, WILLIAM SYLVESTER, TRAVIS BURHOP, BRANT DANIEL, DONALD MAZZA, PAT BRADY, JASON CORBETT, MATTHEW HALL, SAMUEL KEETON, JEANNA QUESENBERRY, KEVIN MacNAMARA, KRISTEN DEMAR, JUSTIN PETTY, and KATHLEEN NOLAN shall forfeit to the United States pursuant to Title 18, United States Code, Sections 1963(a)(1), 1963(a)(2), and 1963(a)(3), any interest the defendants acquired or maintained in violation of Title 18, United States Code, Section 1962; any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, an enterprise which the defendants established, operated, controlled, conducted, or participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and any property constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly, from racketeering activity in violation of Title 18, United States Code, Section 1962.

2.      Upon conviction of one or more of the offenses alleged in Counts Seven through Fourteen of this Indictment, defendants RONALD YANDELL, WILLIAM SYLVESTER, TRAVIS BURHOP, MATTHEW HALL, MICHAEL TORRES, JEANNA QUESENBERRY, SAMUEL KEETON, KATHLEEN NOLAN, KEVIN MacNAMARA, KRISTEN DEMAR, JASON CORBETT, and JUSTIN PETTY, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a.      All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b.      A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

19

3.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Seven through Fourteen of this Indictment, for which defendants are convicted:

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with, a third party;

     c.   has been placed beyond the jurisdiction of the Court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 1963(m), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

20

*No.* 2:19 - CR - 0107 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

RONALD YANDELL,
also known as "Renegade,"
DANIEL "Danny" TROXELL,
WILLIAM "Billy" SYLVESTER,
also known as "Billy from Norco,"
TRAVIS BURHOP,
BRANT DANIEL,
also known as "Two Scoops,"
DONALD MAZZA,
also known as "Popeye,"
PAT BRADY,
also known as "Big Pat,"
JASON "Jake" CORBETT,
MATTHEW HALL,
also known as "Psycho," or "Cyco,"
SAMUEL KEETON,
MICHAEL TORRES,
also known as "Mosca,"
JEANNA QUESENBERRY,
KEVIN MacNAMARA,
KRISTEN DEMAR,
JUSTIN PETTY,
also known as "Rune," and
KATHLEEN NOLAN,

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeer Influenced Corrupt Organization; 18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder (5 counts); 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent To Distribute Methamphetamine and Heroin (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin (5 counts); 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (1 count); 18 U.S.C. § 1963 (a)(1), (a)(2), (a)(3), and 21 U.S.C. § 853 – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

*Foreman.*

Filed in open court this _____ 14 _____ day

of ___ JUNE ___, A.D. 20 19 ___

_____
                                              Clerk.

_____

Bail, $ _____

_____

_____

GPO 863 525

Bench Warrants for all defendants except: Mazza, Keeton, Quesenberry, MacNamara, & Demar.
Summons to Issue as to MacNamara.
No process necessary for Mazza, Keeton, Quesenberry & Demar.

6-13-2019

## 2: 1 9 - CR - 0 1 0 7 KJM

### United States v. Ronald Yandell, et al.
### Penalties for Indictment

**COUNT 1**
**RONALD YANDELL**
**DANIEL "Danny" TROXELL**
**WILLIAM "Billy" SYLVESTER**
**TRAVIS BURHOP**
**BRANT DANIEL**
**DONALD MAZZA**
**PAT BRADY**
**JASON "Jake" CORBETT**
**MATTHEW HALL**
**SAMUEL KEETON**
**JEANNA QUESENBERRY**
**KEVIN MacNAMARA**
**KRISTEN DEMAR**
**JUSTIN PETTY**
**KATHLEEN NOLAN**

VIOLATION:        18 U.S.C. § 1962(d) - Conspiracy to participate in a racketeer influenced
                  corrupt organization

PENALTIES:        Maximum of up to life in prison; or
                  Fine of up to $250,000; or both fine and imprisonment
                  Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2**
**RONALD YANDELL**

VIOLATION:        18 U.S.C. § 1959(a)(5) – Conspiracy to commit murder in aid of
                                       racketeering

PENALTIES:        Maximum of up to 10 years in prison; or
                  Fine of up to $250,000; or both fine and imprisonment
                  Supervised release of up to 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3**
**RONALD YANDELL**
**DANIEL "Danny" TROXELL**

110

**TRAVIS BURHOP**

VIOLATION:          18 U.S.C. § 1959(a)(5) – Conspiracy to commit murder in aid of
                    racketeering

PENALTIES:          Maximum of up to 10 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of up to 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4**
**RONALD YANDELL**
**JASON "Jake" CORBETT**

VIOLATION:          18 U.S.C. § 1959(a)(5) – Conspiracy to commit murder in aid of
                    racketeering

PENALTIES:          Maximum of up to 10 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of up to 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5**
**RONALD YANDELL**
**DONALD MAZZA**
**MATTHEW HALL**

VIOLATION:          18 U.S.C. § 1959(a)(5) – Conspiracy to commit murder in aid of
                    racketeering

PENALTIES:          Maximum of up to 10 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of up to 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6**
**RONALD YANDELL**

VIOLATION:          18 U.S.C. § 1959(a)(5) – Conspiracy to commit murder in aid of
                    racketeering

111

PENALTIES:  Maximum of up to 10 years in prison; or
      Fine of up to $250,000; or both fine and imprisonment
      Supervised release of up to 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7**
**RONALD YANDELL**
**WILLIAM "Billy" SYLVESTER**
**TRAVIS BURHOP**
**MATTHEW HALL**
**MICHAEL TORRES**
**JEANNA QUESENBERRY**
**SAMUEL KEETON**
**KATHLEEN NOLAN**
**KEVIN MacNAMARA**
**KRISTEN DEMAR**

VIOLATION:       21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to distribute at least 50 grams of
                 methamphetamine (actual) and at least 1 kilogram of heroin

PENALTIES:       Mandatory minimum of 10 years in prison and a maximum of up to life in
                 prison; or
                 Fine of up to $10,000,000; or both fine and imprisonment
                 Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 8**
**RONALD YANDELL**
**TRAVIS BURHOP**
**SAMUEL KEETON**
**JEANNA QUESENBERRY**

VIOLATION:       21 U.S.C. § 841(a)(1) – Distribution of at least 100 grams of heroin

PENALTIES:       Mandatory minimum of 5 years in prison and a maximum of up to 40
                 years in prison; or
                 Fine of up to $5,000,000; or both fine and imprisonment
                 Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9**
**RONALD YANDELL**
**TRAVIS BURHOP**
**MATTHEW HALL**
**JEANNA QUESENBERRY**

VIOLATION:              21 U.S.C. § 841(a)(1) – Distribution of at least 100 grams of heroin

PENALTIES:              Mandatory minimum of 5 years in prison and a maximum of up to 40
                        years in prison; or
                        Fine of up to $5,000,000; or both fine and imprisonment
                        Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 10**
**RONALD YANDELL**
**WILLIAM "Billy" SYLVESTER**
**SAMUEL KEETON**
**JEANNA QUESENBERRY**
**KEVIN MacNAMARA**
**KRISTEN DEMAR**

VIOLATION:              21 U.S.C. § 841(a)(1) – Distribution of methamphetamine

PENALTIES:              Maximum of up to 20 years in prison; or
                        Fine of up to $1,000,000; or both fine and imprisonment
                        Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

114

**COUNT 11**
**RONALD YANDELL**
**TRAVIS BURHOP**
**SAMUEL KEETON**
**JEANNA QUESENBERRY**

VIOLATION:         21 U.S.C. § 841(a)(1) – Distribution of at least 100 grams of heroin

PENALTIES:         Mandatory minimum of 5 years in prison and a maximum of up to 40
                   years in prison; or
                   Fine of up to $5,000,000; or both fine and imprisonment
                   Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 12**
**RONALD YANDELL**
**JASON "Jake" CORBETT**
**JUSTIN PETTY**

VIOLATION:         21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to distribute and possess with
                   intent to distribute at least 50 grams of methamphetamine (actual), and at
                   least 100 grams of a mixture and substance containing a detectable amount
                   of heroin

PENALTIES:         Mandatory minimum of 10 years in prison and a maximum of up to life in
                   prison; or
                   Fine of up to $10,000,000; or both fine and imprisonment
                   Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 13**
**RONALD YANDELL**
**TRAVIS BURHOP**
**JEANNA QUESENBERRY**

VIOLATION:         21 U.S.C. § 841(a)(1) – Distribution of heroin

PENALTIES:         Maximum of up to 20 years in prison; or
                   Fine of up to $1,000,000; or both fine and imprisonment
                   Supervised release of at least 3 years up to life

115

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 14
## RONALD YANDELL
## TRAVIS BURHOP
## JEANNA QUESENBERRY

VIOLATION:          21 U.S.C. § 841(a)(1) – Distribution of heroin

PENALTIES:          Maximum of up to 20 years in prison; or
                    Fine of up to $1,000,000; or both fine and imprisonment
                    Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATIONS:         18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3), and 21 U.S.C. § 853(a)

PENALTIES:          As stated in the Indictment

116