TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>Defendant. | No. 2:19-CR-00081 KJM<br>    2:19-CR-00107 KJM<br><br>**[PROPOSED] ORDER SEALING ATTACHMENTS TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 533 IN 2:19-CR-00107 KJM AND ECF DOC NUMBER 98 IN 2:19-CR-00081 KJM.** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 533 in 2:19-CR-00107 KJM and ECF DOC Number 98 in 2:19-CR-00081 KJM., the Exhibit to Attachment, Declarations and Exhibits A and C to the Filed Bail Motion shall be SEALED until further order of this Court.

Dated: July 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1