|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>Jul 22, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNA QUESENBERRY,<br><br>　　　　　Defendant. | Case No.  2:19CR00107-KJM-12<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEANNA QUESENBERRY ,

Case No.  2:19CR00107-KJM-12  Charge 18USC § 1962-780. from custody for the following reasons:

　　　_____　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　_____　Appearance Bond with Surety

　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　X　(Other):  60-day temporary release for medical care.
　　　　　　　　　Pretrial conditions as stated on the record.

**The defendant shall be released on 7/23/2020 @ 9:00 a.m.**

Issued at Sacramento, California on July 22, 2020 at 2:00 pm

　　　　　　　　　　　　　　　　By:  /s/ Allison Claire
　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire