TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107 KJM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND SURRENDER DATE; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| Yandell et al. | |
| Defendants. | |

The defendant, Jeanna Quesenberry, by and through her counsel, Toni White, and the Government, by and through its counsels, Jason Hitt, Ross Pearson and David Spencer, hereby stipulate as follows:

1. By previous order, this matter was set for a status report on Ms. Quesenberry's medical status on January 27, 2021 and Ms. Quenseberry's surrender date was set for February 3, 2021.

2. By this stipulation, defendants now move to continue the status conference until February 19, 2021 and Ms. Quesenberry's surrender date to March 1, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   (a) The representation of Toni White, counsel for Ms. Quesenberry, is that Ms. Quesenberry has been unable to have her additional surgery scheduled due to the

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

hospital suspending these surgeries due to the COVID-19 surge.

(b) Pretrial officer Zepeda indicates that Ms. Quenseberry remains in compliance with her conditions of release.

IT IS SO STIPULATED.

Dated: January 25, 2021           McGREGOR SCOTT
                                  United States Attorney

                                  By:   */s/ Jason Hitt*
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  For the United States

Dated: January 25, 2021           McGREGOR SCOTT
                                  United States Attorney

                                  By:   */s/ David Spencer*
                                  DAVID SPENCER
                                  Assistant U.S. Attorney
                                  For the United States

Dated: January 25, 2021           McGREGOR SCOTT
                                  United States Attorney

                                  By:   */s/ Ross Pearson*
                                  ROSS PEARSON
                                  Assistant U.S. Attorney
                                  For the United States

Dated: January 25, 2021           By:   */s/ Toni White*
                                  TONI WHITE
                                  For Defendant Jeanna Quesenberry

**O R D E R**

IT IS SO FOUND AND ORDERED this 26th day of January, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3