TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00081 KJM |
| | 2:19-CR-00107 KJM |
| Plaintiff, | |
| v. | |
| Jeanna Quesenberry | **[PROPOSED] ORDER SEALING SUPPLEMENT TO DEFENDANT'S MEMORANDUM OF STATUS UPDATE** |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the

Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the

Supplement to Defendant's Memorandum of Status Update that supports the Memorandum of

Status Update filed as ECF DOC Number 710 in 2:19-CR-00107 KJM and ECF DOC Number

154 in 2:19-CR-00081 KJM. shall be SEALED until further order of this Court.

,

Dated: February 18, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE