TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Jeanna Quesenberry<br><br>  Defendant. | No. 2:19-CR-00081 KJM<br>    2:19-CR-00107 KJM<br><br>[~~PROPOSED~~] ORDER SEALING SUPPLEMENT TO DEFENDANT'S MEMORANDUM OF STATUS UPDATE |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the Supplement to Defendant's Memorandum of Status Update that supports the Memorandum of Status Update filed as ECF DOC Number 756 in 2:19-CR-00107 KJM and ECF DOC Number 172 in 2:19-CR-00081 KJM. shall be SEALED until further order of this Court.

Dated: April 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1