TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
JEANNA QUESENBERRY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>YANDELL et al.<br><br>                              Defendants. | CASE NO. 2:19-CR-00107 KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND SURRENDER DATE; [~~PROPOSED~~] FINDINGS AND ORDER** |

The defendant, Jeanna Quesenberry, by and through her counsel, Toni White, and the

Government, by and through its counsels, Jason Hitt, David Spencer and Ross Pearson, hereby

stipulate as follows:

    1.      By previous order, this matter was set for a status report on Ms. Quesenberry's

medical status on July 2, 2021 and Ms. Quenseberry's surrender date was set for July 9, 2021.

    2.      By this stipulation, defendants now move to continue the status conference until July

9, 2021 and Ms. Quesenberry's surrender date to July 16, 2021.

    3.      The parties agree and stipulate, and request that the Court find the following:

        (a) The representation of Toni White, counsel for Ms. Quesenberry, is that Ms.

            Quesenberry is recovering from her knee surgery and may need more procedures.

            Defense counsel is in the process of obtaining information regarding Ms.

1

Quesenberry's medical status and requests an additional week so that information

can be gathered and an update for court, counsel and pretrial can be prepared.

(b) Pretrial officer Zepeda indicates that Ms. Quenseberry remains in compliance

with her conditions of release.

IT IS SO STIPULATED.

Dated:  June 24, 2021                    McGREGOR SCOTT
                                         United States Attorney

                                         By:     /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         For the United States


Dated:  June 24, 2021                    McGREGOR SCOTT
                                         United States Attorney

                                         By:     /s/ David Spencer
                                         DAVID SPENCER
                                         Assistant U.S. Attorney
                                         For the United States


Dated:  June 24, 2021                    McGREGOR SCOTT
                                         United States Attorney

                                         By:     /s/ Ross Pearson
                                         ROSS PEARSON
                                         Assistant U.S. Attorney
                                         For the United States


Dated:  June 24, 2021          By:    /s/ Toni White
                                      TONI WHITE
                                      For Defendant Jeanna Quesenberry

# O R D E R

IT IS SO FOUND AND ORDERED this 24th day of June, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time