UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 09, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEANNA QUESENBERRY,

    Defendant.

Case No. 2:19-cr-00107-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEANNA QUESENBERRY, Case No. 2:19-cr-00107-KJM Charge 18 USC § 1962, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    ___X___ Unsecured Appearance Bond $ 100,000

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on July 09, 2021 at 3:00 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire