1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  P.O. BOX 1081
   El Dorado, CA. 95623
3  (530) 885-6244

4  Attorney for Defendant
   JEANNA QUESENBERRY
5
                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,              )  No. 2:19-CR-00081 KJM
                                          )     2:19-CR-00107 KJM
9          Plaintiff,                     )
                                          )
10                                        )
   v.                                     )
11                                        )  [PROPOSED] ORDER SEALING
                                          )  DEFENDANT'S SUPPLEMENTAL
12 Jeanna Quesenberry                     )  FILING AND SUPPORTING EXHIBITS
                                          )
13         Defendant.                     )
                                          )
14                                        )
                                          )
15                                        )

16       Pursuant to Local Rule 141(b), and based upon the representation contained in the

17 Request to Seal filed by defendant Jeanna Quesenberry, IT IS HEREBY ORDERED that the

18

19 Defendant's Supplemental filing submitted to this Court on March 7, 2025 and the Supporting

20 Exhibits, along with the associated Request to Seal, shall be SEALED until further order of this

21 Court.

22

23 Dated: _3/11/25_                      _____

24                                        HONORABLE KIMBERLY J. MUELLER

25

26

27

28

1